**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHRISTIAN "KRIS" STEININGER,

                Plaintiff,             **CASE NO.**: 1:26-cv-03835

v.

TASTEMADE INC.,

                Defendant.

---

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEFE DEMANDED)**

CHRISTIAN "KRIS" STEININGER, by and through his undersigned counsel, hereby brings this Complaint against Defendant TASTEMADE, INC. ("Tastemade") for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.      Steininger brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to reproduce, distribute, and publicly perform—including by means of a digital audio transmission—its original copyrighted works of authorship.

2.      Defendant TASTEMADE, INC. ("Tastemade" or "Defendant") is a California-based digital media company headquartered in Los Angeles, California. The company produces and distributes food, travel and lifestyle content across streaming platforms, social media and its website. Tastemade also engages in brand partnerships, advertising and related e-commerce activities connected to its content.

3.      At all times relevant herein, Tastemade owned and operated the social media accounts on Facebook at https://www.facebook.com/tastemade/ (the "Tastemade Facebook Page") and Instagram at https://www.instagram.com/tastemade/  (the "Tastemade Instagram

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

Page") (the Tastemade Facebook Page and the Tastemade Instagram Page are collectively referred to herein as the "Tastemade Social Media").

4.      Steininger alleges that Tastemade copied Steininger's copyrighted Work in order to advertise, market and promote its business activities.  Tastemade committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Tastemade is subject to personal jurisdiction in New York.

8.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c) and 1400(a) and because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## PLAINTIFF

9.      CHRISTIAN "KRIS" STEININGER is the Producer of the Work "Elfe" by Dario Lessing ("Lessing") and is the exclusive master/recording rights owner of Lessing's "Elfe."

## THE COPYRIGHTED WORK AT ISSUE

10.      Plaintiff owns all the rights to Elfe via a transfer agreement.

11.      Lessing registered the Work with the Register of Copyrights on October 7, 2024, and was assigned registration number SR 1-014-065.  The Certificate of Registration is attached hereto as **Exhibit 1**.

12.      Lessing is a Berlin-based pianist, producer and composer who belongs to a new generation of modern-classical artists combining emotional instrumental compositions with

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

contemporary electronic and cinematic influences.  Often associated with the neoclassical and ambient genres, Lessing's work has received substantial traction on streaming platforms.

13.     The Work has achieved significant streaming success and social media engagement across multiple platforms.

14.     As of June 2025, the Work has been streamed over 6.3 million times on Spotify, and the track appears on over 115 Spotify playlists, including Spotify's own curated playlists.

15.     The Work has over 286,000 views on YouTube and more than 25.8 million views on TikTok.

16.     The Work was never distributed as royalty-free to commercial users.

17.     The Work is not contained in any commercial music libraries licensed to Meta, TikTok, or other social networks.

18.      The Work is only available for commercial use subject to license.

## INFRINGEMENT BY TASTEMADE

19.     Tastemade was never licensed to use the Work at issue in this action for any purpose.

20.     On a date after the Work was created, but prior to the filing of this action, Tastemade copied, distributed, and publicly performed the Work.

21.     Steininger discovered the unauthorized use of his Work at the following Internet URLs:

      a.   https://www.facebook.com/reel/3932424027047171

      b.   https://www.facebook.com/watch/?v=1044081217102655 ; and

      c.   https://www.instagram.com/reels/C_tDkFIN8UP/ .

22.     Tastemade copied the Work without Plaintiff's permission.

23. After Tastemade copied the Work, Tastemade reproduced, distributed and publicly performed the Work, including by means of digital audio transmissions, in connection with advertising and promoting products or services offered by Tastemade.

24. Tastemade copied, distributed and publicly performed the Work in order to advertise, market and promote its social media pages, grow its social media subscriber bases, earn money from advertising to its social media followers, and engage in other money-making business activities using the Work.

25. Tastemade committed these violations alleged in connection with Defendant's business for purposes of advertising to the public.

26. Tastemade committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

27. Steininger never gave Tastemade permission or authority to copy, distribute or publicly perform the Work.

28. Steininger notified Defendant of the allegations set forth herein on October 29, 2025, November 12, 2025, and February 23, 2026; however, to date Tastemade has failed to respond.

29. Despite multiple notices to Defendant of the allegations set forth herein, as of April 29, 2026, the Work is still being used on the Tastemade Social Media.

## COUNT I
## COPYRIGHT INFRINGEMENT

30. Steininger incorporates the allegations of paragraphs 1 through 29 of this Complaint as if fully set forth herein.

31. Steininger owns the Work at issue in this case.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

32. The Work is properly registered with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

33. Tastemade copied, distributed, and publicly performed the Work at issue in this case without Steininger's authorization in violation of 17 U.S.C. § 501.

34. Tastemade performed the acts alleged in the course and scope of its business activities.

35. Tastemade's acts were willful.

36. Steininger has been damaged.

37. The harm caused to Steininger is irreparable.

WHEREFORE, CHRISTIAN "KRIS" STEININGER prays for judgment against Defendant TASTEMADE that:

A. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

B. Tastemade be required to pay Steininger's actual damages and Defendant's profits attributable to the infringement, or, at Steininger's election, statutory damages, as provided in 17 U.S.C. § 504;

C. Steininger be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

D. Steininger be awarded pre- and post-judgment interest; and

E. Steininger be awarded such other and further relief as the Court deems just and proper.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

**JURY DEMAND**

Steininger hereby demands a trial by jury of all issues so triable.

Dated: May 8, 2026                         Respectfully submitted,


                                           */s/ Rebecca A. Kornhauser*
                                           REBECCA A. KORNHAUSER
                                           Bar Number: 6174387
                                           rebecca.kornhauser@sriplaw.com

                                           **SRIPLAW, P.A**
                                           41 Madison Avenue
                                           25th Floor
                                           New York, New York 10010
                                           646.475.9070 - Telephone
                                           561.404.4353 – Facsimile

                                           *Counsel for Plaintiff Christian "Kris" Steininger*